Matter of Fakhra (2024 NY Slip Op 05742)

Matter of Fakhra

2024 NY Slip Op 05742

Decided on November 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., MONTOUR, GREENWOOD, NOWAK, AND KEANE, JJ.

810 CA 23-01335

[*1]IN THE MATTER OF THE ESTATE OF NABIL FAKHRA, DECEASED. SARA NABIL FAKHRA, PETITIONER-RESPONDENT; AOUS FAKHRA, RESPONDENT-APPELLANT.

HARRIS BEACH PLLC, PITTSFORD (KYLE D. GOOCH OF COUNSEL), FOR RESPONDENT-APPELLANT.
LACY KATZEN LLP, ROCHESTER (NATHAN A. SHOFF OF COUNSEL), FOR PETITIONER-RESPONDENT.

 Appeal from an order of the Surrogate's Court, Monroe County (Christopher S. Ciaccio, S.), entered July 7, 2023. The order, among other things, granted in part the motion of petitioner for summary judgment, and denied the motion of respondent for summary judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on September 3, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: November 15, 2024
Ann Dillon Flynn
Clerk of the Court